IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EUGENE H. IRVING**                                                                       **PLAINTIFF**

V.                                                                                          **NO. 4:20-CV-80-DMB-RP**

**WILCO LIFE INSURANCE
COMPANY**                                                                             **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order entered this day, summary judgment is granted in favor of Wilco Life Insurance Company.

**SO ORDERED**, this 6th day of April, 2020.

                                                                       **/s/Debra M. Brown**
                                                                       **UNITED STATES DISTRICT JUDGE**